UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:17-CR-00141-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ADAM GEOFFREY FRANKEL | **ORDER** |

Before the Court is Defendant's motion to file Docket Entry Number 56 and its accompanying exhibits under seal pursuant to Local Criminal Rule 55.2.

For the reasons stated in Defendant's motion, the Court finds good cause exists. Accordingly, the motion is ALLOWED and Docket Entry Number 56 and its accompanying exhibits shall be filed under seal.

SO ORDERED. This 22 day of May 2018.

JAMES C. DEVER, III
Chief United States District Judge