UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-00141-D

UNITED STATES OF AMERICA :
:
v. : MOTION TO SEAL
:
ADAM GEOFFREY FRANKEL :

Before the Court is the United States' motion to file Docket Entry Number 60 and its accompanying exhibits under seal pursuant to Local Criminal Rule 55.2.

For the reasons stated in the United States' motion, the Court finds good cause exists. Accordingly, the motion is ALLOWED and Docket Entry Number 59 and its accompanying exhibits shall be filed under seal.

SO ORDERED. This __22__ day of May, 2018.

JAMES C. DEVER, III
Chief United States District Judge