FILED IN OPEN COURT
ON 5/24/2018
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:17-CR-00141-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| ADAM GEOFFREY FRANKEL | : |

**PRELIMINARY ORDER OF FORFEITURE**

WHEREAS, pursuant to the entry of a Memorandum of Plea Agreement entered into by the defendant on December 11, 2017, the following property is hereby forfeitable pursuant to 18 U.S.C. § 2253:

**Real Property**

One tract of land with all appurtenances and improvements thereto, as more fully described in a deed recorded in deed book 014718, pages 00374-00393 of the Wake County Registry, Tax Parcel ID Number 0754402640, a single-family residence known as Lot 31, Phase 1, Highland Subdivision, having the street address of 330 Belrose Drive, Cary, North Carolina 27513, and being owned by Adam G. Frankel;

**Personal Property**

1. Armor Computer, s/n 6QG0PZZL;

1

2. Apple MacBook, s/n C0JR261DKQ5;

3. Custom built computer, s/n none;

4. Lacie External Hard Drive, S/N 1290907261475QR; and

5. Drobo storage device, s/n DR8131501A00723; and

WHEREAS, by virtue of said Memorandum of Plea Agreement, the United States is now entitled to possession of said real and personal property, pursuant to Fed. R. Crim. P. 32.2(b)(3);

It is hereby ORDERED, ADJUDGED and DECREED:

1. That based upon the Memorandum of Plea Agreement as to the defendant Adam Geoffrey Frankel and other evidence of record, the United States is hereby authorized to seize the above-stated real and personal property, and it is hereby forfeited to the United States for disposition in accordance with the law, including destruction, subject to the provisions of 21 U.S.C. § 853(n), as allowed by Fed. R. Crim. P. 32.2(b)(3). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order is now final as to the defendant.

2. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Preliminary Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B).

3. That pursuant to 21 U.S.C. § 853(n), the United States shall publish notice of this Order and of its intent to dispose of the property in such manner as the Attorney General or the Secretary of Treasury directs, by publishing and sending notice in the same manner as in civil forfeiture cases, as provided in Supplemental Rule G(4). Any person other than the defendant, having or claiming any legal interest in the subject property must file a petition with the Court within 30 days of the publication of notice or of receipt of actual notice, whichever is earlier.

The petition must be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the subject property, and must include any additional facts supporting the petitioner's claim and the relief sought.

4. That upon adjudication of all third party interests this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853, as required by Fed. R. Crim. P. 32.2(c)(2).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED. This 24 day of May, 2018.

JAMES C. DEVER, III
Chief United States District Judge