IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:17-CR-00141-D

| UNITED STATES OF AMERICA | |
|---|---|
| v. | **CONSENT ORDER FOR RESTITUTION** |
| ADAM GEOFFREY FRANKEL | |

Pursuant to a joint motion of the United States and Defendant, and with their consent, the Court hereby ORDERS as follows:

In Defendant's plea agreement, Defendant agreed to pay immediately any restitution ordered by the Court. Pursuant to 18 U.S.C. §§ 2259 and 3664, and in accordance with the terms and conditions of Defendant's plea agreement, Defendant and the United States have agreed and stipulated that Defendant owes: $10,000.00 to victim "Maureen;" $10,000.00 to victim "Vicky;" $23,500.00 to victim "Cassiopia;" and $250,000.00 to victim K.C. Defendant and the United States agree that any payment plan established by the Court's judgment is a minimum payment plan and shall not preclude the United States from pursuing any other collection efforts permitted by law.

The Court finds that Defendant's agreements, including the amount of restitution, are consistent with the law and the facts of this case. Accordingly, Defendant shall pay $10,000.00 to victim "Maureen;" $10,000.00 to victim "Vicky;" $23,500.00 to victim "Cassiopia;" and $250,000.00 to victim K.C. in accordance with the parties' agreement, as set forth above, and in accordance with the Court's

1

judgment. The Court further orders that Defendant's restitution shall be due and payable in full immediately. This consent order shall be made part of Defendant's criminal judgment in this case.

SO ORDERED, this __30__ day of ~~July~~ August, 2018.

_____
JAMES C. DEVER, III
Chief United States District Judge

AGREED AND CONSENTED TO BY:

_____   Aug 15, 2018
Adam Geoffrey Frankel          Date
Defendant

_____   8/21/18
Elliott S. Abrams              Date
Counsel for Defendant

ROBERT J. HIGDON, JR.
United States Attorney

_____   8/24/18
Melissa Belle Kessler          Date
Assistant United States Attorney

2