IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:17-CR-141-D

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| ADAM GEOFFREY FRANKEL | ) |

**FINAL ORDER OF FORFEITURE**

WHEREAS, on May 24, 2018, this Court entered a Preliminary Order of Forfeiture pursuant to the provision of 18 U.S.C. § 2253, based upon the defendant agreeing to the forfeiture of the personal property listed in the May 24, 2018 Preliminary Order of Forfeiture, to wit:

a. Armor Computer, s/n 6QG0PZZL;
b. Apple MacBook, s/n C0JR261DKQ5;
c. Custom built computer, s/n none;
d. Lacie External Hard Drive, S/N 1290907261475QR; and
e. Drobo storage device, s/n DR8131501A00723;

AND WHEREAS, the United States published notice of this forfeiture at the www.forfeiture.gov web site for at least 30 consecutive days, between May 30, 2018 and June 28, 2018, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions, and said published notice advised all third parties of their right to petition the court within sixty (60) days from the first day of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for any of the subject personal property described in this Court's May 24, 2018 Preliminary Order of Forfeiture, other than those specifically mentioned herein.

It is HEREBY ORDERED, ADJUDGED and DECREED:

1

1. That the subject personal property listed in the May 24, 2018 Preliminary Order of Forfeiture is hereby forfeited to the United States. The United States Department of Homeland Security and/or the United States Department of Treasury is directed to dispose of the property according to law, including destruction.

2. That any and all forfeited funds shall be deposited by the United States Department of Treasury as soon as located or recovered into the Department of Treasury's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED this 29 day of January 2019.

_____
JAMES C. DEVER, III
UNITED STATES DISTRICT JUDGE