IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17CR00141-001D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ADAM GEOFFREY FRANKEL, ) | ORDER TO UNSEAL |
| ) | |
| Defendant, ) | |
| ) | |
| v. ) | |
| ) | |
| MORGAN STANLEY, ) | |
| ) | |
| Garnishee. ) | |

Upon motion of the United States, it is hereby ORDERED that the government's Application for Writ of Garnishment [D.E. #102] and the Writ of Garnishment issued as its result along with the Instructions to Criminal Defendant, Clerk's Notice of Post-Judgment Garnishment, Right to Have Exemptions Designated, Objection to Answer, and Request for Hearing [D.E. 113, 115] in the above-captioned case be unsealed.

This the 7 day of January, 2021.

_____
JAMES C. DEVER III
United States District Court Judge