UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-141-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ADAM GEOFFREY FRANKEL | ) | |

Upon motion of the United States, for good cause shown, and for the reasons stated in the motion, it is hereby ORDERED that D.E. 117 be sealed by the Clerk from this date until further order by this Court.

This the \_\_\_1\_\_\_ day of February 2021.

James C. Dever III
United States District Judge