UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:17-CR-141-D-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| ADAM G. FRANKEL, | ) | |
| | ) | |
| Defendant. | ) | |

For good cause having been shown upon the United States' Motion to Seal, it

is hereby ORDERED that the Government's Surreply to Defendant's Motion for

Compassionate Release be filed under seal.

This _1_ day of February 2021.

JAMES C. DEVER III
United States District Judge

1