IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17CR00141-001D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ADAM GEOFFREY FRANKEL, | ) | |
| | ) | |
| Defendant. | ) | |

UPON MOTION by the United States for an Order to Release funds:

IT IS ORDERED that the Treasury Executive Office for Asset Forfeiture, on behalf of United States Customs and Border Protection, turn over funds in the amount of $33,388.73, to the financial section of the United States District Court Clerk's Office. Checks should be made payable to:

U. S. District Court

and mailed to:

P. O. Box 25670
Raleigh, North Carolina 27611

The court number 5:17CR00141-001D should be included on each check to ensure funds are credited properly. The funds shall be applied to the outstanding monetary penalties ordered in this case.

SO ORDERED, this 23 day of April, 2021.

_____
JAMES C. DEVER III
United States District Judge